IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| RONALD L. WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:18-cv-2824-N (BT) |
| | § | |
| TIMBERLAWN HEALTH SERVICES, ET AL., | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The plaintiff requests the Court to transfer this action to state court so he can proceed there. The Court denies the motion because Plaintiff does not need any permission from this Court to file a new action in state court, and because this Court has no authority to transfer a case to state court.

Signed this 29th day of March, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE